**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

LAURIE SNOW HEIN,

     Plaintiff,                                   Case No.: 1:25-cv-14880

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

     Defendants.

## <u>SCHEDULE A TO COMPLAINT</u>

| No. | Defendants |
| --- | --- |
| 1 | henanshengkujianzhuzhuangshi |
| 2 | GUOZH |
| 3 | 济南华春茂服装商贸有限公司 |
| 4 | HengYangXianZhaoWanShangMaoYouXianGong |
| 5 | 洪宇小店 |
| 6 | shijiazhuangqucaimaoyiyouxiangongsi |
| 7 | 室外顶线科技 |
| 8 | HuiChengChongShangMaoFuZhuangDian |
| 9 | jjinf |
| 10 | gaobaoliu123 |
| 11 | ZhuZhouHuJuShangMaoYouXianGongSi |
| 12 | xuchangdingxiazhuangshigongcheng |
| 13 | anyuanxiantongchuangmaoyiyouxiangongsi |
| 14 | henanhuachengbiaoshiyouxian |
| 15 | AnZhenJianZhuGongCheng |
| 16 | DƯƠNG DOMINO |
| 17 | GOOD PAPA |
| 18 | 瀚立门帽挂件 |
| 19 | shanxixiongqishangmaoyouxiangongsi |
| 20 | yingwenchibi |
| 21 | chenwebbindexiaodian |
| 22 | 海冯边玩具 |

1

| | |
|---|---|
| 23 | siyunsu |
| 24 | yunchengjingjijishukaifaquhuaxinershoucheqiche |
| 25 | DingYuTing |
| 26 | Jin Heng Shang Mao |
| 27 | XiongAnYouZhengShangMao |
| 28 | BEIBEEe |
| 29 | GuangZhouYiWuShangMao |
| 30 | 金华市淑徵服饰有限公司 |
| 31 | haiyangyuxiangshuichanyouxiangongsi |
| 32 | hangkangdian |
| 33 | liying1211 |
| 34 | SDKSCCMN |
| 35 | chenyanlin art |
| 36 | LITINGGO |
| 37 | THU PHƯƠNG KIRSHY SHOP789 |
| 38 | hai li Great power poster |
| 39 | THÁI SƠN LUXURY TORO KIRISHY STORE SHOP555666777 |
| 40 | 范书柜收纳 |
| 41 | Cao Home Decoration Store |